UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Creditek LLC,
       Plaintiff

-v-

North General Hospital,
       Defendant.

Case No. 07 Civ. 

Rule 7.1 Statement



Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Plaintiff Creditek LLC     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Genpact Limited

Date: 10/17/2007

Signature of Attorney

Attorney Bar Code: _____

Form Rule7_1.pdf  SDNY Web 10/2007