HOLLAND & KNIGHT LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CREDITEK LLC,

                                  Plaintiff,

-against-

NORTH GENERAL HOSPITAL,

                                 Defendant.
-------------------------------------------------------------------X

Case No.: 07 CIV 9322 (COTE)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                               ) ss.:
COUNTY OF NEW YORK  )

      **JOSE OQUENDO**, being duly sworn, deposes and says:

1. That I am not a party to this action, am over eighteen years of age and resides in the State of New York;

2. That on <u>October 19, 2007,</u> at approximately <u>1:26 p.m.</u>, I personally served a true and correct copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT with Exhibit 1-6, RULE 7.1 STATEMENT**, all upon **NORTH GENERAL HOSPITAL,** by Personal Delivery via Ms. Donald Ray, who identified himself as "General Counsel" as well as being authorized, as Agent to accept service on behalf of North General Hospital, which service was effected at their actual place of business indicated below:

           NORTH GENERAL HOSPITAL
           1735 Park Avenue / Suite 201
           New York, New York 10035

3. **Mr. Donald Ray** can best be described as:

African American Male – Brown skin – Black hair - Brown eyes - Approximately 33 - 43 years of age, 5'7" – 5'11" and 155 – 195 lbs.

Dated: October 19, 2007
       New York, New York

                                                           _____
                                                              JOSE OQUENDO
                                                             License No.: 1154641

Sworn to before me on this the 19th day of October 2007.

_____
      NOTARY PUBLIC

                          HOLLY ROLDAN
                  Notary Public, State of New York
                         No. 01RO6125752
                  Qualified in New York County
              Commission Expires April 20, 2009

---

**RAPID & RELIABLE ATTORNEY SERVICE, INC.**
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-

POST OFFICE BOX 858
NEW YORK, NEW YORK 10268
212-608-1555

*"We've built our service on your satisfaction"*