USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-29-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

CREDITEK LLC,

                Plaintiff,

  -against-

NORTH GENERAL HOSPITAL,

                Defendant.

------------------------------------x

**STIPULATION**

CV 07-9322

(Judge Cote)

    IT IS HEREBY STIPULATED by the undersigned counsel for the parties that the time for the Defendant to answer, move against, or otherwise respond to the Complaint, dated October 17, 2007, is enlarged and extended to and including December 7, 2007. This Stipulation may be signed in counterparts and may be filed with the Court by any party without further notice. For the purposes of this Stipulation, facsimile signatures may be treated as originals.

Dated: Great Neck, New York
       November 20, 2007

GARFUNKEL, WILD & TRAVIS, P.C.
*Attorneys for Defendant North General Hospital*

By: _____
Michael J. Keane (MK-7655)
Kevin G. Donoghue (KD-2875)
111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200
(516) 466-5964 (fax)

Dated: New York, New York
       November 20, 2007

HOLLAND & KNIGHT LLP
*Attorneys for Plaintiff Creditek LLC*

By: _____
Christopher G. Kelly (   )
Christelette A. Hoey (   )
195 Broadway, Floor 24
New York, New York 10007
(212) 513-3200
(212) 385-9010 (fax)

So ordered.

*Denise Cote*
November 28, 2007

757299v.1