Michael J. Keane (MK-7655)
Kevin G. Donoghue (KD-2875)
GARFUNKEL, WILD & TRAVIS, P.C.
*Attorneys for Defendant*
111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200
E-mail: mkeane@gwtlaw.com
kdonoghue@gwtlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| CREDITEK, LLC, | **STATEMENT PURSUANT TO F.R.C.P. RULE 7.1** |
| Plaintiff, | |
| -against- | CV 07-9322 |
| NORTH GENERAL HOSPITAL, | (J. COTE) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Defendant North General Hospital, by its attorneys, Garfunkel, Wild & Travis, P.C., certifies as follows:

Defendant does not have any parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: Great Neck, New York
December 7, 2007

GARFUNKEL, WILD & TRAVIS, P.C.
*Attorneys for Defendant*

By: _____
Michael J. Keane (MK-7655)
Kevin G. Donoghue (KD-2875)
111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200

802827v.1

TO:  Christopher G. Kelly, Esq.
 Christelette A. Hoey, Esq.
 Holland & Knight, LLP
 195 Broadway, Floor 24
 New York, New York 10007

802827v.1