UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

CREDITEK, LLC

                Plaintiff,

  -against-

NORTH GENERAL HOSPITAL,

                Defendant.

------------------------------------x

**CERTIFICATE OF SERVICE**

Docket No. CV 07-9322

(J. COTE)

    KEVIN G. DONOGHUE, an attorney admitted to practice before the United States District Court, Southern District of New York, certifies that, on December 7, 2007, North General Hospital served counsel listed below

                Christopher G. Kelly, Esq.
                Christelette A. Hoey, Esq.
                Holland & Knight, LLP
                195 Broadway, Floor 24
                New York, New York 10007

with North General Hospital's Motion to Dismiss the Complaint, Attorney Declaration, Memorandum of Law, and Rule 7.1 Statement by dispatching a true copy of same, securely enclosed in a properly-addressed wrapper via delivery under the exclusive care and custody of U.S. Mail and by e-mail.

Dated: Great Neck, New York
       December 7, 2007

                              GARFUNKEL, WILD & TRAVIS, P.C.
                              *Attorneys for Defendant*

                              By: _____
                                  Kevin G. Donoghue, KD-2875
                                  Theresa A. Ehle
                              111 Great Neck Road
                              Great Neck, New York 11021
                              (516) 393-2200