UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
CREDITEK LLC,                              :    07 CIV. 9322 (DLC)
                    Plaintiff,             :
                                           :    PRETRIAL
          -v-                              :    SCHEDULING ORDER
                                           :
NORTH GENERAL HOSPITAL,                    :
                                           :
                    Defendant.             :
                                           :
------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-21-07

DENISE COTE, District Judge:

   As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on December 14, 2007, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1.   The parties are instructed to contact the chambers of Magistrate Judge Katz prior to **December 14, 2007** in order to pursue settlement discussions under his supervision.

2.   Defendant having filed a motion to dismiss, plaintiff's opposition shall be due **January 4, 2008** and the reply shall due **January 18.**

     At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

3.   The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **January 25, 2008.**

4.   All fact discovery must be completed by **September 26, 2008.**

5.   Expert reports and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed.R.Civ.P., by the party bearing the burden on an issue must be served by **October 24, 2008.** Identification of rebuttal experts and disclosure of their expert testimony must occur by **November 21, 2008.**

6.   All expert discovery must be completed by **December 19, 2008.**

7.  The following motion will be served by the dates indicated below.

    Any motion for summary judgment

    -   Motion served by **January 23, 2009**
    -   Opposition served by **February 13, 2009**
    -   Reply served by **February 20, 2009**

8.  In the event no motion is filed, the Joint Pretrial Order must be filed by **January 23, 2009**.

    As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:   New York, New York
         December 20, 2007

                                        _____
                                               DENISE COTE
                                        United States District Judge