Christopher G. Kelly
Christelette A. Hoey
HOLLAND & KNIGHT LLP
195 Broadway, Floor 24
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
CREDITEK LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
CREDITEK LLC,                                            :     07 Civ. 9322 (DLC) (THK)
                                                         :
                         Plaintiff,                      :     **DECLARATION OF**
                                                         :     **EDWARD BERENBLUM**
         -against-                                       :
                                                         :
NORTH GENERAL HOSPITAL,                                  :
                                                         :
                         Defendant.                      :
------------------------------------------------------------------ X

I, EDWARD BERENBLUM, under penalty of perjury, declare as follows:

1.    I am the General Manager of Creditek LLC. I submit this declaration in support of Creditek's opposition to Defendant North General Hospital's motion to dismiss the complaint.

2.    Creditek is a New Jersey corporation with its principal place of business at 9 Sylvan Way, Suite 165, Parsippany, New Jersey 07054.

3.    On or about February 9, 2006, Creditek and North General Hospital ("NGH") entered into an Outsourcing Agreement ("Agreement"), whereby Creditek agreed to provide certain outsourcing services to NGH and arising from or related to NGH's patient accounts receivable (the "Agreement"). A copy of the Agreement is annexed to the Complaint as Exhibit A.

4.  NGH proposed the language contained in the forum-selection provision, which Creditek executed with the understanding that such provision merely limited commencement of any suit to the State of New York. As such, I, on behalf of Creditek, understood the term "any New York State courts sitting in New York County" included both federal and state courts within New York County, New York, and that the term "New York State courts" simply modified "New York County."

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: Cold Spring Harbor, New York
       January 4, 2008

_____
EDWARD BERENBLUM

# 5033630_v1