Christopher G. Kelly
Christelette A. Hoey
HOLLAND & KNIGHT LLP
*Attorneys for Plaintiff*
195 Broadway, Floor 24
New York, NY 10007-3189
(212) 513-3200

Michael J. Keane
Kevin G. Donoghue
GARFUNKEL, WILD & TRAVIS, P.C.
*Attorneys for Defendant*
111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

CREDITEK LLC,

          Plaintiff,

   -against-

NORTH GENERAL HOSPITAL,

          Defendant.

------------------------------------x

07-CV-9322 (DLC)(THK)

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the parties that the time for Defendant to serve its reply papers on Defendant's pending Motion to Dismiss Plaintiff's Complaint is hereby enlarged and extended from January 18, 2008 to and including January 25, 2008. This Stipulation may be signed in counterparts and may be filed with the Court by any party without further notice.

822403v.1

IT IS FURTHER STIPULATED AND AGREED that, for the purposes of this Stipulation, facsimile signatures may be treated as originals.

Dated: New York, New York
    January 15, 2008

HOLLAND & KNIGHT LLP
*Attorneys for Plaintiff Creditek LLC*

By: _____
    Christopher G. Kelly
    Christelette A. Hoey
195 Broadway, Floor 24
New York, New York 10007
(212) 513-3200
(212) 385-9010 (fax)

Dated: Great Neck, New York
    January 15, 2008

GARFUNKEL, WILD & TRAVIS, P.C.
*Attorneys for Defendant North General Hospital*

By: _____
    Michael J. Keane
    Kevin G. Donoghue
111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200
(516) 466-5964 (fax)

So ordered.

/s/ Denise Cote
Jan. 17, 2008

822403v.1