UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

CREDITEK LLC,

          Plaintiff,

-against-

NORTH GENERAL HOSPITAL,

          Defendant.
-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08
```

07 CIVIL 9322 (DLC)

**JUDGMENT**

     Defendant having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(3) and (b)(6) and 28 U.S.C. § 1406(a), and the matter having come before the Honorable Denise Cote, United States District Judge, and the Court, on February 13, 2008, having rendered its Opinion and Order granting defendant's motion to dismiss, it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 13, 2008, defendant's motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York
          February 14, 2008

                                                J. MICHAEL McMAHON
                                                   Clerk of Court

BY: _____
                                                     Deputy Clerk

                                               THIS DOCUMENT WAS ENTERED
                                               ON THE DOCKET ON _____